# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL NO. 5:17CV146-FDW-DSC

| | |
|---|---|
| APRIL A. THOMPKINS,  )<br>        Plaintiff,  )<br> )<br>vs.  )<br> )<br>NANCY A. BERRYHILL,[1]  )<br>Commissioner of Social  )<br>Security Administration,  )<br>        Defendant.  )<br>_____)  | **MEMORANDUM AND RECOMMENDATION** |

**THIS MATTER** is before the Court on "Defendant's Motion to Dismiss Plaintiff's Complaint" (document #8) filed November 13, 2017, and pro se Plaintiff's Response (document #12).[2]

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and this Motion is now ripe for the Court's consideration.

In her response, Plaintiff does not address the basis of Defendant's Motion to Dismiss, namely the untimely filing of her Complaint.

On January 20, 2017, the Appeals Council denied Plaintiff's request for review of the Administrative Law Judge's (ALJ) denial of her claim for disability insurance benefits. Plaintiff's appeal to this Court was due within sixty days of her receipt of that decision. Including five days for presumed receipt, Plaintiff must have commenced this action on or before March 27, 2017.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for Carolyn W. Colvin as the Defendant herein. No further action is necessary pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

[2] Plaintiff initially filed her response with the Iredell County Clerk of Court. See "Order and Notice" entered November 15, 2017 (document #10) (advising Plaintiff of her rights under Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), and setting a deadline of November 29, 2017 for her response); and docket entry December 6, 2017.

1

See 42 U.S.C. § 405(g) (Social Security claimant "may obtain a review of such decision by a civil action commenced within sixty days after the mailing to him of notice of such decision or within such further time as the Commissioner may allow") and (h) ("[n]o findings of fact or decision of the Commissioner shall be reviewed by any person, tribunal, or governmental agency except as herein provided"); Bowen v. City of New York, 476 U.S. 467, 481 (1986); Hyatt v. Heckler, 807 F.2d 376, 378 (4th Cir. 1986); cert.denied, 484 U.S. 820 (1987). In certain circumstances not present here, the deadline may be subject to equitable tolling. City of New York, 476 U.S. at 480.

Plaintiff filed this action on August 15, 2017, more than four months past the deadline. Accordingly, the undersigned respectfully recommends that the Motion to Dismiss be granted.

## RECOMMENDATIONS

**FOR THE FOREGOING REASONS,** the undersigned respectfully recommends that "Defendant's Motion to Dismiss Plaintiff's Complaint" (document #8) be **GRANTED**.

## NOTICE OF APPEAL RIGHTS

The parties are hereby advised that, pursuant to 28 U.S.C. §636(b)(1)(c), written objections to the proposed findings of fact and conclusions of law and the recommendation contained in this Memorandum must be filed within fourteen (14) days after service of same. Failure to file objections to this Memorandum with the District Court constitutes a waiver of the right to de novo review by the District Judge. Diamond v. Colonial Life, 416 F.3d 310, 315-16 (4th Cir. 2005); Wells v. Shriners Hosp., 109 F.3d 198, 201 (4th Cir. 1997); Snyder v. Ridenour, 889 F.2d 1363, 1365 (4th Cir. 1989). Moreover, failure to file timely objections will also preclude the parties from raising such objections on appeal. Thomas v. Arn, 474 U.S. 140, 147 (1985); Diamond, 416 F.3d at 316; Page v. Lee, 337 F.3d 411, 416 n.3 (4th Cir. 2003); Wells, 109 F.3d at 201; Wright v.

Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk is directed to send copies of this Memorandum and Recommendation to the pro se Plaintiff at her address of record; to defense counsel; and to the Honorable Frank D. Whitney.

**SO RECOMMENDED AND ORDERED**.

Signed: December 8, 2017

David S. Cayer
United States Magistrate Judge